Form:ntadjBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.:  25–45179–lsg
Chapter:  7
Judge:  Lisa S. Gretchko

In Re: (NAME OF DEBTOR(S))
  Christine Goss
  fka Christine Sherrell
  19967 Norwood
  Detroit, MI 48234

Social Security No.:
  xxx–xx–8646

Employer's Tax I.D. No.:

---

### NOTICE OF ADJOURNED HEARING IN–PERSON

PLEASE TAKE NOTICE that the HEARING on 6/8/26 at 10:00 am to consider and act upon the following:

*25* – Motion to Approve Compromise under Rule 9019 Filed by Creditor Lakyra Nicole Smith (Attachments: # 1 matrix) (Cartwright, Andrea)

is hereby adjourned to: 7/10/26 at 10:00 AM at Courtroom 1975, 211 West Fort St., Detroit, MI 48226

Dated: 6/4/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court